Becker & Poliakoff, PA, Fort Walton Beach, FL, for Plaintiffs–Appellants.

Michael Patrick Dickey, Roland W. Kiehn, Barron & Redding, PA, Panama City, FL, Jerome A. Madden, Duncan Stevens, Federal Deposit Insurance Corporation, Arlington, VA, Tabitha S. Etlinger, David J. Tong, Saxon Gilmore Carraway & Gibbons, PA, Tampa, FL, for Defendants–Appellees.

Before ROSENBAUM, JULIE CARNES and DUBINA, Circuit Judges.

PER CURIAM:

On March 6, 2009, the bankruptcy court in this matter exercised its authority under 28 U.S.C. § 157(b) to enter an order approving the sale of a debtor's property "free and clear" of interests and claims in the property, including easements held by Appellants. Four-and-a-half years later, Appellants filed a Rule 60(b) motion in the bankruptcy court requesting relief from that order. Appellants asked the bankruptcy court to acknowledge that the 2009 order did not, in fact, extinguish their easements. The bankruptcy court denied Appellants' Rule 60(b) motion.

Appellants appealed the bankruptcy court's order to the district court. They argued that the bankruptcy court erred on the merits of their motion and that it erred in failing to hold an evidentiary hearing prior to ruling on their motion. The district court, however, affirmed the bankruptcy court's order and entered judgment against Appellants accordingly. Appellants requested a rehearing on their appeal, but the district court denied the motion. Appellants now appeal the district court's judgment affirming the bankruptcy court's order denying their Rule 60(b) motion without holding an evidentiary hearing. Appellants also appeal the district court's order denying their motion for rehearing.

For the reasons expressed in the district court's well-reasoned opinions below, we affirm the entry of final judgment against Appellants.

**AFFIRMED.**

WESTERN HERITAGE INSURANCE COMPANY, Plaintiff–Counter Defendant–Appellee Cross Appellant,

v.

Dennis Mark MONTANA, a Guardian of Paul N. Blevins, as Assignee of Suncoast Preferred Investment Corp., Rebekah J. Patterson, as Guardian of minor children, D.B., D.B., F.B., as Assignee of Suncoast Preferred Investment Corp., Defendants–Counter Claimants–Counter Defendants–Appellants Cross–Appellees.

Western Heritage Insurance Company, an Arizona corporation, Plaintiff–Counter Defendant–Appellant Cross–Appellee,

v.

Dennis Mark Montana, as Guardian of Paul N. Blevins, as Assignee of Suncoast Preferred Investment Corp., a Florida citizen, Rebekah J. Patterson, as Guardian of minor children, D.B.,

D.B., F.B., as Assignee of Suncoast Preferred Investment Corp., a Florida citizen, Defendants–Counter Claimants–Counter Defendants–Appellees Cross–Appellants.

Nos. 14–13542, 14–13657, 15–10967, 15–11166.

United States Court of Appeals, Eleventh Circuit.

Nov. 23, 2015.

Courtney F. Smith, Billy Richard Young, Amanda L. Kidd, Young Bill Roumbos & Boles, PA, Pensacola, FL, Jason A. Herman, Jason A. Herman, PA, St. Petersburg, FL, Stella Jihyun Lane, Phelps Dunbar, LLP, Tampa, FL, Jay Russell Sever, Phelps Dunbar, LLP, New Orleans, LA, for Plaintiff–Counter Defendant–Appellee Cross Appellant.

Wesley T. Straw, Matthew D. Emerson, Emerson Straw, PL, Brandon S. Vesely, Keane Reese Vesely & Gerdes, PA, St. Petersburg, FL, for Plaintiff–Counter Defendant–Appellant Cross–Appellee.

Before ROSENBAUM, JULIE CARNES, and DUBINA, Circuit Judges.

PER CURIAM:

We have before us the related appeals and cross-appeals in an insurance-coverage dispute between the Western Heritage Insurance Company ("Western Heritage") and the guardians of Paul Blevins and Blevins's children ("Blevins"). We have carefully reviewed the record and the parties' briefs, and we have had the benefit of oral argument. We now affirm the district court's orders in all respects for the reasons articulated by the district court in its orders.

AFFIRMED.